AO 440 (Rev. 12/09) Summons in a Civil Action

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

COACH, INC. and COACH SERVICES, INC.,

   Plaintiffs,

               v.

OO LA LA and LISA A. JACKENS,

   Defendants.

Civil Action No.: 1:10-cv-00266 SS

## SUMMONS IN A CIVIL CASE

TO:    Defendant Lisa A. Jackens
         403 Pecan Street W.
         Pflugerville, Texas  78660

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Victor C. Johnson
Fish & Richardson P.C.
1717 Main Street, Suite 5000
Dallas, Texas  75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*William G. Putnicki*

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

Date: April 20, 2010

AO 440 (Rev. 12/09) Summons in a Civil Action

Civil Action No. 1:10-cv-00266

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* __Lisa A. Jackins__ was received by me on *(date)* __7/8/2010__.

☒ personally served the summons on the individual at *(place)* __403 Pecan St W.__ __Pflugerville, Texas__ on *(date)* __7/10/2010__; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify):

My fees are $ __75__ for travel and $ __0__ for services, for a total of $ __75.00__.

I declare under penalty of perjury that this information is true.

Date: __7/10/2010__

_____
Server's signature

__Joel Voyles SCH #4879__
Printed name and title

__P.O. Box 2171704 Fort Worth TX 76147__
Server's address

Additional information regarding attempted service, etc.: